O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward C. Pellegrini, Trustee of Edward Pellegrini Trust, Edward C. Pellegrini Revocable Trust, Pellegrini Family GS Trust;<br><br>  Plaintiff,<br>    v.<br><br>Grenville M. Gooder, Jr.; David N. Platt; Ascension Asset Management, LLC; Westway Development, LLC; and Does 1 through 100<br><br>  Defendants. | CV 11-6908 RSWL (JCGx)<br><br>**ORDER Re: Motion to Withdraw as Counsel of Record for Defendants [39]** |

On March 8, 2012, Defendants' Local Counsel John R. Armstrong, Thomas D. Georgianna, and Horwitz, Cron & Armstrong, LLP's ("Defendants' Local Counsel") Motion to Withdraw as Counsel of Record for Defendants Grenville M. Gooder, Jr., David N. Platt, Ascension Asset Management, LLC, and Westway Development, LLC ("Defendants") was scheduled for a hearing before this Court [39]. Defendants' Local Counsel seeks leave of the Court to withdraw from the present Action on the

1

grounds that a dispute between Defendants' Local Counsel and Defendants' *pro hac vice* counsel Mavromihalis, Pardalis, and Nohavicka LLP ("pro hac vice counsel") has arisen as to the role and responsibilities of local counsel.  As a preliminary matter, the Court finds that a hearing is not necessary for this Matter, and as such, the Court takes this Motion under submission.  As to the merits of this Motion, the Court having reviewed all papers submitted pertaining to this Motion, **NOW FINDS AND RULES AS FOLLOWS**:

    Defendants' Local Counsel's Motion is hereby **GRANTED.**  The Court finds that Defendants' Local Counsel has shown good cause to merit withdrawal in the present Action.  Additionally, allowing Defendants' Local Counsel to withdraw from this Action would not cause undue delay in prosecution.  Moreover, Defendants' Local Counsel has given adequate notice to *pro hac vice* counsel, and the Court finds that allowing withdrawal at this time would not prejudice Defendant. Therefore, the Court **GRANTS** Defendants' Local Counsel Motion to Withdraw as Counsel for Defendants. Accordingly, John R. Armstrong, Thomas D. Georgianna and Horwitz, Cron & Armstrong, LLP shall no longer be the attorney of record for Defendants effective the date of the filing of this Order.

    The Court finds, however, that granting of this Motion will leave Defendants without local counsel in

violation of Local Rule 83-2.3.3.  As such, this Court further orders *pro hac vice* counsel to retain new local counsel.

Finally, Defendants' Local Counsel is HEREBY ordered to give notice to *pro hac vice* counsel and all Defendants of this Order.  *Pro hac vice* Counsel's last known contact information is as follows:

        Address:    Joseph D. Nohavicra
                       Mavromihalis, Paradlis & Nohavicra
                       34-03 Broadway, Suite 200
                       Astoria, New York 1106

**IT IS SO ORDERED.**
DATED: March 8, 2012

*RONALD S.W. LEW*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge