# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. PELLEGRINI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRENVILLE M. GOODER, JR. et al.,<br><br>　　　　Defendants. | CV 11-6908 RSWL (JCGx)<br><br><br><br>**JUDGMENT** |

　　On December 11, 2012, the above matter commenced in a bench trial before this Court.

　　After consideration of all evidence presented, **JUDGMENT IS HEREBY GRANTED IN FAVOR OF DEFENDANTS GRENVILLE M. GOODER, JR., DAVID N. PLATT, and ASCENSION ASSET MANAGEMENT, LLC** ("Defendants") on all claims.

///
///

1

1  The Court **GRANTS** costs to Defendants.

3  **IT IS SO ORDERED.**
4  DATED: December 21, 2012

6                                     RONALD S.W. LEW
7                          **HONORABLE RONALD S.W. LEW**
                    Senior, U.S. District Court Judge

2