**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD C. PELLEGRINI, | CV 11-6908 RSWL (JCGx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GRENVILLE M. GOODER, JR. et al., | |
| Defendants. | |

On December 11, 2012, the above matter commenced in a bench trial before this Court.

After consideration of all evidence presented, **JUDGMENT IS HEREBY GRANTED IN FAVOR OF DEFENDANTS GRENVILLE M. GOODER, JR., DAVID N. PLATT, and ASCENSION ASSET MANAGEMENT, LLC** ("Defendants") on all claims.

///

///

1

1 | The Court **GRANTS** costs to Defendants.
2 |
3 | **IT IS SO ORDERED.**
4 | DATED: December 21, 2012

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge